## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 24-299 (SDW) |
| v. | : |
| DMITRY YURYEVICH KHOROSHEV (Дмитрий Юрьевич Хорошев) <br> a/k/a "LockBitSupp," <br> a/k/a "LockBit," <br> a/k/a "putinkrab" | : **SEALING ORDER** |

This matter having been brought before the Court upon application of Philip R. Sellinger, the United States Attorney for the District of New Jersey (Andrew M. Trombly, Assistant U.S. Attorney, appearing), for an order sealing the Indictment and Arrest Warrant issued on this date against Defendant Dmitry Yuryevich Khoroshev, and for good cause shown,

IT IS on this 2nd day of May 2024,

ORDERED that, except for such copies of the Arrest Warrant as necessary to accomplish its purpose, and, if necessary, to effectuate the extradition of the Defendant to the United States, the Indictment, Arrest Warrant, and this Order are SEALED until the Arrest Warrant is executed or until further order of the Court, and it is further

ORDERED that, once the Arrest Warrant is executed, the Indictment, Arrest Warrant, and this Order are unsealed.

_____
HON. CATHY L. WALDOR
U.S. MAGISTRATE JUDGE