AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>Dmitry Yuryevich Khoroshev<br>a/k/a "LockBitSupp," "LockBit," "putinkrab"<br><br>*Defendant* | )<br>)  Case No. 2:24-cr-299<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DMITRY YURYEVICH KHOROSHEV                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 USC s. 371 (conspiracy to commit computer fraud and abuse)
18 USC s. 1349 (conspiracy to commit wire fraud)
18 USC s. 1030(a)(5)(A) (damage to protected computer)
18 USC s. 1030(a)(7)(B) (threat in relation to confidential information on protected computer)
18 USC s. 1030(a)(7)(C) (threat in relation to damage to protected computer)


Date:     05/02/2024                                                                       _____
                                                                                                    *Issuing officer's signature*

City and state:   Newark, New Jersey                                    Honorable Cathy L. Waldor, U.S. Magistrate Judge
                                                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                                             _____<br>                                                                                                        *Arresting officer's signature*<br><br>                                                                                                        _____<br>                                                                                                        *Printed name and title* |