UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| | : | |
| v. | : | Crim. No. 24-299 |
| | : | |
| DMITRY YURYEVICH KHOROSHEV (Дмитрий Юрьевич Хорошев), | : | **UNDER SEAL UNTIL ISSUED** |
| | : | |
| a/k/a "LockBitSupp," | : | |
| a/k/a "LockBit," | : | |
| a/k/a "putinkrab" | : | |

**UNSEALING ORDER**

This matter having been brought before the Court upon the application of Philip R. Sellinger, the United States Attorney for the District of New Jersey (Andrew M. Trombly, Assistant United States Attorney, appearing) for an order unsealing the Indictment and Arrest Warrant in the above-captioned matter, and good and sufficient cause having been shown,

IT IS on this 7th day of May, 2024,

ORDERED that **effective on May 7, 2024**, the Sealing Order previously entered in the above-captioned matter is no longer in effect; and it is further

ORDERED that **effective on May 7, 2024**, the docket sheet, the Indictment, the Arrest Warrant, and all related papers in the above-captioned matter be UNSEALED.

_____
Hon. Susan D. Wigenton
United States District Judge